# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADMASSU REGASSA, | No. 4:14-CV-01122 |
| Plaintiff, | (Judge Brann) |
| v. | |
| C. BRININGER, *et al.*, | |
| Defendants. | |

## ORDER

**AUGUST 14, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Regassa's motion for reconsideration (Doc. 202) is **DENIED**;

2. Defendants' motion for reconsideration (Doc. 223) is **GRANTED**; and

3. Judgment is entered in favor of Defendants with respect to all *Bivens* claims. The sole remaining claim is Regassa's FTCA assault claim related to the alleged July 8, 2013 assault.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge