# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADMASSU REGASSA, | No. 4:14-CV-01122 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

**MAY 11, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Regassa's motion *in limine* (Doc. 271) is **GRANTED** in part and **DENIED** in part;

2. Regassa's motion is granted to the extent that the United States is prohibited from introducing any declarations referenced in Regassa's motion *in limine*, but is denied in all other respects;

3. The United States' motion *in limine* (Doc. 282) is **GRANTED** in part and **DENIED** in part, and Regassa is conditionally prohibited from calling any witnesses listed on his proposed witness list, with the exception of Kulp; and

4. Regassa's motions for subpoenas (Docs. 285, 287) are **DENIED** without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge