IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADMASSU REGASSA, | No. 4:14-CV-01122 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

**JULY 29, 2020**

**AND NOW**, in accordance with the accompanying Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED** that:

1. Final judgment is entered in favor of the United States of America and against Regassa as to Regassa's remaining FTCA claim; and

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge